**Dismissed and Memorandum Opinion filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00370-CV

## JAMES ROY STEAGALL, Appellant

## V.

## KATHERINE SCMIDT, Appellee

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18988**

## MEMORANDUM OPINION

This appeal is from a judgment signed April 24, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On June 28, 2019, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Hassan.